# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00194-CV

## In re Patrick Earl Tarkington

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Patrick Earl Tarkington has filed a petition for writ of mandamus complaining of the trial court's failure to rule on numerous pro se motions pending in the district court. Having reviewed the petition and the record provided, relator admits that he is represented by counsel below. "[A] trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel." *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Relator is not entitled to mandamus relief because the trial court has not violated any ministerial duty by failing to rule on those pro se motions. *See In re State ex rel. Tharp*, 393 S.W.3d 751, 754 (Tex. Crim. App. 2012). Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

Relator also presented a motion for leave to file his petition for writ of mandamus. Leave is not required to file a petition for writ of mandamus in the court of appeals, but only in the Court of Criminal Appeals. *See* Tex. R. App. P. 52 *Notes and Comments*, 72.1. Relator's motion for leave to file a writ of mandamus is dismissed as moot.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed:   May 4, 2021